DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016.

| 181A93-4 | State v. Rayford Lewis Burke (DEATH) | Def's Motion to Supplement the Printed Record on Appeal | Allowed<br><br>**Ervin, J., recused** |
|---|---|---|---|
| 181A16 | Lawrence Piazza and Salvatore Lampuri v. David Kirkbride, Gregory Brannon, and Robert Rice | 1. Def's (Gregory Brannon) Notice of Appeal Based Upon a Dissent (COA15-48)<br><br>2. Def's (Gregory Brannon) PDR as to Additional Issues | 1. —<br><br>2. Allowed |
| 183P16 | City of Charlotte, a Municipal Corporation v. University Financial Properties, LLC, a North Carolina Limited Liability Company f/k/a University Bank Properties Limited Partnership, a North Carolina Limited Partnership, et al. | 1. Def's (University Financial Properties, LLC) PDR Under N.C.G.S. § 7A-31 (COA15-473)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 185P16 | Robert Samuel Chamberlain v. State | Petitioner's *Pro Se* Motion for Petition to Renounce Citizenship | Dismissed<br><br>**Ervin, J., recused** |
| 186P16 | State v. Terry Thorne | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-404) | Denied |
| 194A16 | State v. Michael Antonio Bullock | 1. State's Motion for Temporary Stay (COA15-731)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Notice of Appeal Based Upon a Dissent | 1. Allowed **05/23/2016**<br><br>2. Allowed **06/16/2016**<br><br>3. — |
| 195P16 | State v. James David Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1052) | Denied |
| 199P16 | State v. Joseph M. Romano | 1. State's Motion for Temporary Stay (COA15-940)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/24/2016**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed |